In the Matter of FRANK CALABRESE, an attorney-at-law.

Argued October 15, 1951.

For the order: *Mr. Frederick C. Vonhof.*
For the respondent: *Mr. Edward R. McGlynn.*

Respondent ordered suspended from the practice of law for a period of one year and until the further order of the court.